Hyde Park Investment Company, appellee, v. Hyde Park State Bank, defendant. James A. Black Hardware Company, appellant. Gen. No. 33,925.

Opinion filed May 28, 1930.
Peden, Kahn & Murphy, for appellant; Gerald Ryan, of counsel.
William J. Pringle and Edwin Terwilliger, for appellee.
Mr. Justice Holdom delivered the opinion of the court.

Nora McGlasson, defendant in error, v. The Estate of John W. Donnellan, deceased, plaintiff in error. Gen. No. 34,028.

Opinion filed May 29, 1930. Rehearing denied June 10, 1930.
Joseph M. Connery and J. J. Cooke, for plaintiff in error. M. L. Carmody, for defendant in error.
Mr. Presiding Justice Barnes delivered the opinion of the court.

Lola Katz, appellee, v. American Linen Supply Company, appellant. Gen. No. 34,054.

Opinion filed May 29, 1930.
Newby & Murphy, for appellant; John K. Murphy and Geo. M. Burditt, of counsel. Alfred Roy Hulbert and Philip Rosenthal, for appellee.
Mr. Presiding Justice Barnes delivered the opinion of the court.